**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITYDIVISION**

**DOROTHY C. VEINOTT,**

      **Plaintiff,**

**vs.**                           **Case No. 5:17cv216-CAS**

**NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,**

      **Defendant.**

_____/

## MEMORANDUM OPINION AND ORDER

This action was initiated under the Social Security Act to obtain

judicial review of Defendant's final decision denying Plaintiff's claim for

disability benefits.  ECF No. 1.  On January 22, 2018, Defendant filed an

unopposed motion to reverse and remand this case pursuant to sentence

four of Title 42 U.S.C. § 405(g), ECF No.17.  *See* Shalala v. Schaefer, 509

U.S. 292 (1993).

Sentence four of section 405(g) states that "[t]he court shall have

power to enter, upon the pleadings and transcript of the record, a judgment

affirming, modifying, or reversing the decision of the Commissioner of

Social Security, with or without remanding the cause for a rehearing."

Case No. 5:17cv216-CAS

42 U.S.C. § 405(g).  The Acting Commissioner states:

> The Commissioner requests that the court remand this case to the agency for further consideration and administrative action.  Upon remand, the agency will reconsider Plaintiff's residual functional capacity (RFC), including her mental limitations, and, if necessary, obtain vocational expert testimony to determine the extent to which her impairments impact her ability to perform past relevant work or other work in the national economy.

ECF No. 17 at 2.  This court concludes that good cause has been shown for this case to be reversed and remanded to the Acting Commissioner for further proceedings.

Accordingly, it is **ORDERED**:

Defendant's unopposed motion to reverse and remand, ECF No. 17, is **GRANTED** and the Acting Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Memorandum Opinion and Order.  The clerk is directed to enter **JUDGMENT** for Plaintiff.

**DONE AND ORDERED** on January 22, 2018.

S/  Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:17cv216-CAS